**Order entered March 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01437-CR

**STEPHEN GLEN LIMBAUGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-21347-I**

## ORDER

The Court has before it appellant's March 10, 2014 pro se motion for bail pending his appeal. We first note that appellant is represented by counsel and is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981). Additionally, this is not the proper Court in which to seek bail pending appeal. *See* TEX. CODE CRIM. P. ANN. art. 44.04(d). Accordingly, we **DENY** appellant's March 10, 2014 pro se motion.

We note appellant's brief is overdue. Accordingly, we **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Stephen Limbaugh, No. 13036018, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266.

/s/      LANA MYERS
              JUSTICE